IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-60231
_____

JOHN T WILLIAMS, On behalf of himself and The Estate
of Mary Jane Stokes Williams, Deceased;
SHERIA WILLIAMS, A Minor, by John T. Williams, her custodial
parent and next friend; GAHAIS WILLIAMS, A Minor, by John T.
Williams, his custodial parent and next friend

Plaintiffs - Appellants

v.

CSX Transportation, Inc., A Corporation

Defendant - Appellee

_____

Appeal from the United States District Court
for the Southern District of Mississippi
(1:95-CV-195RR)
_____

March 5, 1998

Before KING, BARKSDALE, and PARKER, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5TH CIR. R. 47.6.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.